BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Douglas M. Whatley

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILSON BAO,<br><br>Debtor.<br><br>DOUGLAS M. WHATLEY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>NGUYEN HONG FAMILY LLC,<br><br>Defendant. | CASE NO. 12-33907-C-7<br><br>ADVERSARY NO.<br><br>**COMPLAINT FOR PREFERENTIAL TRANSFER**<br><br>(11 U.S.C. section 547) |

Plaintiff, Douglas M. Whatley, Chapter 7 Trustee of the above-referenced bankruptcy estate, by and through his counsel of record, brings this Complaint for Preferential Transfer of a secured interest against real property commonly known as 7235 Buffy Lane, Sacramento, CA 95828; APN 065-0042-059-0000 (hereinafter referred to as "Subject Property") and for annulment of said secured interest, and alleges as follows:

1. This action arises under 11 U.S.C. section 547 and 550 of the Bankruptcy Code. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. sections 157 and 1334. Venue is proper pursuant to 28 U.S.C. section 1409. This

adversary proceeding constitutes a core matter pursuant to 28 U.S.C. section 157(b)(2)(F).

2. Wilson Bao aka Quy-An W. Bao (hereafter the "Debtor") filed a voluntary Chapter 7 bankruptcy petition for liquidation on July 30, 2012.

3. Plaintiff Douglas M. Whatley (hereafter the "Trustee") was appointed as the Chapter 7 Trustee to administer the Debtor's bankruptcy estate, in which capacity he brings this action.

4. Defendant Nguyen Hong Family LLC (hereafter the "Defendant") is based in the Eastern District of California and it's agent for service of process is Hang Ngoc Minh Nguyen, 2 Sunny Hollow Court, Sacramento, California 95823.

5. On or about June 20, 2012 (Book 20120620; Page 1354), a Short Form Deed of Trust with Assignment of Rents was filed with the Sacramento County Recorder securing the Subject Property in the amount of $240,000.00 based on a loan document dated April 20, 2011 and titled "Financial Agreement.". A true and correct copy of the Deed of Trust is attached hereto as Exhibit "A." A true and correct copy of the Financial Agreement is attached hereto as Exhibit "B."

6. The Deed of Trust referred to in paragraph 5 was perfected with the Sacramento County Recorder's Office within 90 days of the filing of the Debtor's Chapter 7 petition; the security was for the benefit of the Defendant; the security was for or on account of an antecedent debt owed by the Debtor before the security was perfected; was perfected while the Debtor was insolvent and the recording of the security would enable the Defendant to receive more than it would otherwise receive as a Chapter 7 creditor without the security interest being perfected.

7. 11 U.S.C. section 547(b) confers upon the Trustee the ability to avoid any transfer of an interest of the debtor in property under the facts detailed in paragraph 6.

8. Under 11 U.S.C. section 550, for a transfer avoided pursuant to 11 U.S.C. section 547, a bankruptcy trustee can recover from the recipient the transferred property or the value of the transferred property.

////

COMPLAINT FOR PREFERENTIAL TRANSFER         2

**WHEREFORE**, Plaintiff prays for an entry of judgment from this Court:

1. Annulment of the Short Form Deed of Trust with Assignment of Rents which was filed with the Sacramento County Recorder on or about June 20, 2012 (Book 20120620; Page 1354) securing the real property commonly known as 7235 Buffy Lane, Sacramento, CA 95828; APN 065-0042-059-0000 in the amount of $240,000.00 based on a loan document dated April 20, 2011 or the current fair market value of the Subject Property and

2. For such other and further relief as the Court may deem appropriate.

DATED: September 30, 2013              LAW OFFICE OF BARRY H. SPITZER

By: _/s/ Barry H. Spitzer_____
BARRY H. SPITZER
Attorneys for Douglas M. Whatley
Chapter 7 Trustee

RECORDING REQUESTED BY:
Quy-An W. Bao
**AND WHEN RECORDED MAIL TO:**

Nguyen Hong Family LLC
2 Sunny Hollows Ct.
Sacramento, CA 95823

Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder
BOOK **20120620** PAGE **1354**
Wednesday, JUN 20, 2012 2:59:21 PM
Ttl Pd $39.00    Rcpt # 0007328602

TML/85/2-2

THIS SPACE FOR RECORDER'S USE ONLY:

## SHORT FORM DEED OF TRUST WITH ASSIGNMENT OF RENTS
( This Deed of Trust contains an acceleration clause)

**THIS DEED OF TRUST**, made on **May 1, 2011**, between <u>Quy-An W. Bao AKA Wilson Bao, A SINGLE MAN</u>
herein called **TRUSTOR**,

whose address is 6949 Gardner Avenue    Sacramento, CA 95828

**NGUYEN HONG FAMILY, LLC** herein called **BENEFICIARY/TRUSTEE**,

**WITNESSETH:** That Trustor grants to Trustee in Trust with Power of Sale that property in the County of Sacramento, State of California, described as:

Parcel 3, as shown on the map entitled, "portion of northeast quarter section1, Township 7 North, range 5 East, M,D,B,M,", filed for record March 4, 1980, in book 55 of parcel maps, page 31.

A.P.N.: 065-0042-059-0000

Commonly Known As: 7235 Buffy Lane, Sacramento, Ca 95828

*DEED OF TRUST SECURED BY A NOTE IN THE AMOUNT OF $<u>240,000.00</u> TO NGUYEN HONG FAMILY, LLC

If the trustor shall sell, convey or alienate said property, or any part thereof, or any interest therein, or shall be divested of this title or any interest therein in any manor or way, whether voluntarily or involuntarily, without the written consent of the beneficiary being first had and obtained, beneficiary shall have the right, at its option, except as prohibited by law, to declare any indebtedness or obligations secured hereby, irrespective of the maturity date specified in any note evidencing the same, immediately due and payable.

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon beneficiary to collect and apply such rents, issue and profits.

For the Purpose of Securing: (1) Payment of the sum of $<u>240,000.00</u> with interest thereon according to the terms of a promissory note or notes of even ate herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof, and (2) the performance of each agreement of Trustor incorporated by reference or contained herein (3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust



EXHIBIT A

Filed 09/30/13     Case 13-02302     Doc 1

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A. and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1954, and in all other counties August 18, 1964, in the book and at the page of official records in the office of the county recorder of the county where said located, noted below opposite the name of such county, namely:

| County | book | page | county | book | Page | county | book | page | County | book | page | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 | | |
| Alpine | 3 | 130-31 | Lako | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 | | |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 | | |
| Butte | 1330 | 513 | L A | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 | | |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 | | |
| Colusu | 323 | 391 | Marin | 1849 | 122 | San Berno | | 6213 | 768 | Sutter | 655 | 585 | |
| Costa Eldorado | 704 | 635 | Merce | 1660 | 753 | San L.O | 1311 | 137 | Tulare | 2530 | 108 | | |
| Fresnn | 5052 | 623 | Modoc | 191 | 93 | San Mateo | | 4778 | 175 | Tuolumne | | 177 | |
| | 160 | | | | | | | | | | | | |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Bara | | 2065 | 881 | Ventura | 2607 | 237 | |
| Humboldt | | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 | |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 | | |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 Book 1964 page 14977 | | | | | | | |

Shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on the reverse side hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if act forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefore does not exceed the maximum allowed by law.

The undersigned Trustor, request that a copy of any notice of default and any notice of sale hereunder be mailed to him at hic address hereinbefore set forth.

STATE OF CALIFORNIA
COUNTY OF _SACRAMENTO_

On _6/21/2012_

Before me, _AN VAN NGUYEN_

A Notary Public in and for said State, personally appeared
_Wilson BAO_

SIGNATURE OF TRUSTOR:

_Wilson Bao_
QUY-AN W. BAO AKA WILSON BAO

who proved to me on the basis of satisfactory evidence to be the person (s) whose name(s) is/are subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: AN VAN NGUYEN, COMM.# 1945917, NOTARY PUBLIC - CALIFORNIA, SACRAMENTO COUNTY, MY COMM. EXP. JULY 29, 2015]

Signature _An Van Nguyen_

# Financial Agreement

This pre-escrow agreement made on April 20th 2011 between Wilson Bao and Nguyen Hong family, LLC. Prior to fund the loan of $240,000 (include the fees).

Term of Agreement:

1. Nguyen Hong family LLC. (represent on behalf of friend and family) as the lender will fund the Loan of $240,000(inclue the fees). The Note and Deed of Trust to be follow after close of escrow for the property locate at:
7235 Buffy lane, Sacramento, CA 95828, USA. APN: 065-0042-059-0000

2. Wilson Bao as the borrower promise to pay according to the note and the Deed of Trust secured by the real property at 7135 Buffy Ln, Sacramento, CA 95828.

3. Borrower agree to pay off the note on or before May 30, 2012. If not then the Deed of Trust will be record to protect Nguyen Hong Family, LLC interest.

_Wilson Bao_                                          4/20/11

Quy An Bao  aka Wilson Bao                            Date



EXHIBIT B